## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLOOMBERG L.P.**, <br> 731 Lexington Ave <br> New York, NY 10022 <br> <br> **Plaintiff,** <br> <br> v. <br> <br> <br> **U.S. DEPARTMENT OF HOMELAND SECURITY,** <br> 2707 Martin Luther King Jr. Avenue SE <br> Washington, DC 20528 <br> <br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

1. Plaintiff BLOOMBERG L.P. brings this suit to force Defendant U.S. DEPARTMENT OF HOMELAND SECURITY to produce records regarding H-1B registrations, beneficiaries, and violations.

## PARTIES

2. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing context that is featured across multiple platforms, including digital, TV, radio, streaming video, print, and live events. BLOOMBERG L.P. is the FOIA requester in this case.

3. Defendant U.S. DEPARTMENT OF HOMELAND SECURITY is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## OCTOBER 3, 2023 FOIA REQUEST TO DHS (VIOLATIONS)

6. On October 3, 2023, Plaintiff submitted the following FOIA request to DHS:

> I request a copy of records on H-1B violations that the USCIS has found, from lottery season FY2021 (lotteries conducted in 2020) to lottery season FY2024 (lotteries conducted in 2023):
> 1. A list of all employers found in violation of H-1B rules each year and a description of each violation;
> 2. A list of final actions taken against each employer, including the date of each final action;
> 3. The number of beneficiaries implicated in each violation and a list of final actions taken against the beneficiaries, including the date of each final action.

7. A true and correct copy of the FOIA request, along with subsequent correspondence, is attached as Exhibit 1.

8. On October 3, 2023, DHS acknowledged receipt of the FOIA request and assigned reference number COW2023006700 to the matter. *Id*.

9. On December 14, 2023, Plaintiff asked DHS to provide an estimated date of completion.

10. The parties conferred regarding an estimated date of completion date for the request via email. DHS informed Plaintiff that its FOIA portal was experiencing a "glitch" and could not display estimated dates of completion.

11. A true and correct copy of the correspondence is attached as Exhibit 2.

12. On February 22, 2024, Plaintiff noticed that the estimated date of completion displayed in the FOIA portal was updated to November 26, 2026, and asked DHS to confirm if this was accurate. *Id*.

13. On February 22, 2024, DHS stated it would expect to see the estimated date of completion "continue to adjust as they get a handle over the queue." *Id*.

14. As of the date of this filing, DHS has not issued a determination and has not produced any records.

**OCTOBER 3, 2023 FOIA REQUEST TO DHS (EMPLOYER-LEVEL RECORDS)**

15. On October 3, 2023, Plaintiff submitted the following FOIA request to DHS:

> I request a copy of employer-level records on H-1B lottery and petition results, from lottery season FY2021 (lottery conducted in 2020) to lottery season FY2024 (lottery conducted in 2023). If any item listed below is not yet unavailable for FY2024, please provide the available items. For each employer, I request the following information:
> 1. Employer name, address, registered agent, identification number (EIN);
> 2. Number of total lottery registrations submitted;
> 3. Number of registrations for beneficiaries with a single registration;
> 4. Number of registrations for beneficiaries with multiple registrations;
> 5. Number of single-registration beneficiaries selected in lottery;
> 6. Number of multiple-registration beneficiaries selected in lottery;
> 7. Number of selected single-registration beneficiaries who subsequently submitted an I-129 petition;
> 8. Number of selected multiple-registration beneficiaries who subsequently submitted an I-129 petition;
> 9. Number of selected single-registration beneficiaries whose I-129 petition was approved;
> 10. Number of selected multiple-registration beneficiaries whose I-129 petition was approved.

16. A true and correct copy of the original FOIA request, along with subsequent correspondence, is attached as Exhibit 3.

17. On October 3, 2023, DHS acknowledged receipt of the FOIA request and assigned reference number COW2023006698 to the matter. *Id*.

18. The parties conferred regarding an estimated date of completion date for the request via email. DHS informed Plaintiff that its FOIA portal was experiencing a "glitch" and could not display estimated dates of completion. Ex 2.

19. On February 22, 2024, Plaintiff noticed that the estimated date of completion displayed in the FOIA portal was updated to November 26, 2026, and asked DHS to confirm if this was accurate. *Id*.

20. On February 22, 2024, DHS stated it would expect to see the estimated date of completion "continue to adjust as they get a handle over the queue." *Id*.

21. As of the date of this filing, DHS has not issued a determination and has not produced any records.

**OCTOBER 3, 2023 FOIA REQUEST TO DHS (BENEFICIARY-LEVEL RECORDS)**

22. On October 3, 2023, Plaintiff submitted the following FOIA request to DHS:

> a copy of individual-beneficiary-level data from all H-1B lottery registrations and all H-1B I-129 petitions from lottery season FY2021 (lotteries conducted in 2020) to lottery season FY2024 (lotteries conducted in 2023). If any item listed below is not yet unavailable for FY2024, please provide the available items.
> 1. Beneficiary-level data from H-1B lottery registrations: Employer name, address, identification number (EIN); Name of the authorized agent/signatory for the employer; Employee/beneficiary age, gender, country of birth, country of citizenship.
> 2. Beneficiary-level data from I-129 petitions: I request the following fields from Part 1 of Form I-129: employer name, address, contact information, identification number (EIN); I request the following fields from Part 2 of Form I-129: nonimmigrant classification, basis for classification, requested action, number of workers included in petition; I request the following fields from Part 3 of Form I-129: entertainment group name, gender of beneficiary, country of birth, country of citizenship, current nonimmigrant status; I request the following fields from Part 5 of Form I-129: Job title, LCA or ETA case number, work address, whether beneficiary will work off-site at another organization, whether it's a full-time position, wage level, dates of intended employment, type of business, year established, current number of employees in the US, gross annual income, net annual income; I request the following fields from Part 7 of Form I-129: Name of the authorized agent/signatory, date of signature, telephone number, email address; I request the following fields from Section 1 of the H-1B and H-1B1 Data Collection and Filing Fee Exemption Supplement: whether the petitioner is an H-1B dependent employer, whether the petitioner has ever been found a willful violator, beneficiary's highest level of education, major/primary field of study, rate of pay per year, DOT code, NAICS code; I request the following field from Section 3 of the H-1B and H-1B1 Data Collection and Filing Fee Exemption Supplement: the type of H-1B petition

you are filing; I request the following field from Section 4 of the H-1B and H-1B1 Data Collection and Filing Fee Exemption Supplement: whether the beneficiary will be assigned to work at an off-site location; Outcome of the petition (whether it's approved, rejected, etc.)

23. A true and correct copy of the original FOIA request, along with subsequent correspondence, is attached as Exhibit 4.

24. On October 3, 2023, DHS acknowledged receipt of the FOIA request and assigned reference number OPQ2023000002 to the matter. *Id*.

25. The parties conferred regarding an estimated date of completion date for the request via email. DHS informed Plaintiff that its FOIA portal was experiencing a "glitch" and could not display estimated dates of completion. Ex 2.

26. On February 22, 2024, Plaintiff noticed that the estimated date of completion displayed in the FOIA portal was updated to November 26, 2026, and asked DHS to confirm if this was accurate. *Id*.

27. On February 22, 2024, DHS stated it would expect to see the estimated date of completion "continue to adjust as they get a handle over the queue." *Id*.

28. As of the date of this filing, DHS has not issued a determination and has not produced any records.

## COUNT I—DHS's FOIA VIOLATION
## OCTOBER 3, 2023 VIOLATIONS FOIA REQUEST

29. The above paragraphs are incorporated by reference.

30. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

31. Defendant DHS is a federal agency subject to FOIA.

32. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

33. Defendant DHS has failed to conduct a reasonable search for records responsive to the request.

34. Defendant DHS has failed to issue a determination within the statutory deadline.

35. Defendant DHS has failed to produce all non-exempt records responsive to the request.

## COUNT II—DHS's FOIA VIOLATION
## OCTOBER 3, 2023 EMPLOYER-LEVEL RECORDS FOIA REQUEST

36. The above paragraphs are incorporated by reference.

37. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

38. Defendant DHS is a federal agency subject to FOIA.

39. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

40. Defendant DHS has failed to conduct a reasonable search for records responsive to the request.

41. Defendant DHS has failed to issue a determination within the statutory deadline.

42. Defendant DHS has failed to produce all non-exempt records responsive to the request.

## COUNT III—DHS's FOIA VIOLATION
## OCTOBER 3, 2023 BENEFICIARY-LEVEL RECORDS FOIA REQUEST

43. The above paragraphs are incorporated by reference.

44. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

45. Defendant DHS is a federal agency subject to FOIA.

46. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

47. Defendant DHS has failed to conduct a reasonable search for records responsive to the request.

48. Defendant DHS has failed to issue a determination within the statutory deadline.

49. Defendant DHS has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award Plaintiff attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: March 1, 2024

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
BLOOMBERG L.P.

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com